AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number: **07 CV 6755**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MAUREEN SMITH

I certify that I am admitted to practice in this court.

| 7/25/2007 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | Deborah Lepow Ziegler | PHV789 |
| | Print Name | Bar Number |
| | 4265 San Felipe, Suite 1000 | |
| | Address | |
| | Houston / TX | 77027 |
| | City / State | Zip Code |
| | (713) 622-7271 | (713) 623-8724 |
| | Phone Number | Fax Number |