Keenan, J

Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation   :   1:06-md-1789 (JFK)
-----------------------------------------------------------x
*This Document Relates to:*                 :
Maureen Smith
v. Merck & Co., Inc.                          :

Case No: 1:07-cv-6755-JFK              :
-----------------------------------------------------------x

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Maureen Smith and Defendant Merck & Co., Inc., ("Merck") through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of Plaintiff to voluntarily dismiss without prejudice her claims against Merck in the above-captioned case and the agreement of Merck not to seek from Plaintiff its fees and costs, this case is hereby dismissed without prejudice pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Plaintiff further agrees to re-file any suit based on any similar claims related to Fosamax against Merck, any of Merck's subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in this Court.

3. Each party is to bear its own costs and attorneys' fees.

BA2/325863

Dated: ~~September~~ October __, 2007

| REICH & BINSTOCK, LLP | HUGHES HUBBARD & REED LLP |
|---|---|
| By /s/ Deborah L. Ziegler<br>Deborah L. Ziegler<br>4265 San Felipe Blvd., Suite 1000<br>Houston, Texas 77027<br>(713) 622-7271 | By /s/ Theodore V. H. Mayer<br>Theodore V. H. Mayer (TM 9748)<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6888 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Merck & Co., Inc.* |

SO ORDERED: /s/ John F. Keenan    10/4/07
Hon. John F. Keenan

BA2/325863